IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

TASHA HAMILTON, mother and
Next Friend of Aaliyah Hamilton, a minor                                    PLAINTIFF

VS.                                                2:05CV00230

FORREST CITY SCHOOL DISTRICT,
and Current Board Members, AUBREY JAYROE,
WAYNE JONES, SANDRA TAYLOR, RONALD
WILLIAMS, MALLORY NIMOCKS, RAUSCH
HODGES; and Principal, BETTY BEAZLEY                              DEFENDANTS

## ORDER

Pursuant to the Order dated March 15, 2007 suspending Horace A. Walker's privilege of practicing in this Court, the above matter shall be administratively terminated until such time that Mr. Walker is reinstated or Ms. Hamilton has hired another attorney.

IT IS SO ORDERED this 19th day of March, 2007.

*James M. Moody*
United States District Judge